```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :
                                                            :
                              Plaintiff,                    :   21-CV-8405 (VSB)
                                                            :
              -against-                                     :       **ORDER**
                                                            :
OCEAN NETWORK EXPRESS PTE., LTD.,                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the parties' joint status report from December 1, 2021. (Doc. 10.)

It is hereby ORDERED that a status conference in this matter will be held on December 8, 2021 at 4:00 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448. The parties should be prepared to discuss the anticipated filing of additional related cases and the filed related cases indicated in the joint status report (*Expeditors International v. Hyundai Merchant Marine*, 21 Civ. 09068 (RA) and *Liberty Mutual v. All-Ways Forwarding*, 21 Civ. 08726 (AJN)). (Doc. 10).

SO ORDERED.

Dated:  December 6, 2021
        New York, New York

                                            _____
                                            VERNON S. BRODERICK
                                            United States District Judge