UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :
                                                            :
                              Plaintiff,                    :   21-CV-8405 (VSB)
                                                            :
                    -against-                               :   **ORDER**
                                                            :
OCEAN NETWORK EXPRESS PTE., LTD.,                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Per my instructions at the December 8, 2021 status conference, it is hereby:

ORDERED that the parties shall meet and confer and submit a Proposed Case Management Plan and Scheduling Order on or before December 17, 2021.

SO ORDERED.

Dated:   December 8, 2021
         New York, New York

                                        _____
                                        VERNON S. BRODERICK
                                        United States District Judge