**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EXPEDITORS INTERNATIONAL OF
WASHINGTON INC.,

              Plaintiff,

          -against-

HYUNDAI MERCHANT MARINE COMPANY, LTD.,

              Defendant.
------------------------------------------------------------x

21-CV-9068 (RA) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      Pursuant to rulings made on the record at the June 8, 2022, Initial Case Management Conference, the parties in 21-CV-8405, *Expeditors International of Washington, Inc., v. Ocean Network Express, Pte., Ltd.,* shall meet and confer regarding outstanding discovery, specifically Rule 30(b)(6) depositions and certain supplemental discovery as discussed at today's conference. The Court strongly encourages the parties to resolve their disputes without Court intervention. In the event that discovery issues remain, Plaintiff Expeditors may file a letter Motion to Compel by **July 8, 2022**. Defendant ONE's response is due **July 22, 2022**. There shall be no replies. The letters shall not exceed five pages, not including exhibits. To the extent that any party in cases 21-cv-9068 and 21-cv-08726 wishes to be heard on the discovery issues in 21-CV-8405, they must also file their respective letters by **July 22, 2022**, and adhere to the same page limits. If Expeditors and ONE have resolved these discovery issues by July 8, 2022, they are to submit **one** joint status letter informing the Court of how the issues have been resolved.

The deadline to complete fact discovery in 21-CV-8405 is **August 15, 2022**. The deadline to amend pleadings for that case is **June 30, 2022**. Discovery in cases 21-cv-9068 and 21-cv-08726 is **STAYED until July 30, 2022.**

**SO ORDERED.**

Dated: June 8, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge