UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
EXPEDITORS INTERNATIONAL OF                                :
WASHINGTON, INC.,                                          :
                                                           :
                            Plaintiff,                     :        21-cv-8405 (VSB)
                                                           :
            -against-                                      :        **ORDER**
                                                           :
OCEAN NETWORK EXPRESS, PTE.,                               :
LTD.,                                                      :
                                                           :
                            Defendant.                     :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Discovery in this case has been consolidated with discovery in *Expeditors International of Washington Inc. v. Hyundai Merchant Marine Company, Ltd.* (21-cv-9068), which is before Judge Ronnie Abrams, and *Liberty Mutual Insurance Company v. All-Ways Forwarding Int'l Inc.* (21-cv-8726), which is also before me.  (*See* Docs. 12, 15–16.)  Due to their related factual backgrounds, these three matters have been referred to Magistrate Judge Ona T. Wang for consolidated discovery and general pretrial matters.  There is a post-discovery conference in this matter currently scheduled for September 2, 2022 at 3:00 p.m., but Judge Wang has granted the parties an extension of time to complete discovery.  (Doc. 19.)  Accordingly, it is hereby:

ORDERED that, on or before September 7, 2022, the parties submit a revised Case Management Plan and Scheduling Order reflecting the updated discovery deadlines.

IT IS FURTHER ORDERED that the post-discovery conference scheduled for September 2, 2022 is adjourned *sine die*.

SO ORDERED.

Dated:  August 31, 2022
        New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge