UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                       :
EXPEDITORS INTERNATIONAL OF      :
WASHINGTON, INC. a Washington       :
Corporation,                                      :
                                                       :                      21-CV-8405 (VSB)
                                 Plaintiff,    :
                                                       :                            **ORDER**
                    -against-                       :
                                                       :
OCEAN NETWORK EXPRESS, PTE. LTD, a :
foreign corporation,                              :
                                                      :
                                   Defendant.  :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Before me are five related cases (the "Related Cases") arising from a shipping incident involving the vessel ONE AQUILA V. 011E. In addition to the instant case, the four other Related Cases are: (1) *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); (2) *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); (3) *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572 (VSB) (S.D.N.Y. Oct. 7, 2022); and (4) *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No. 600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022). I am also aware of two additional cases in this District before Judge Ronnie Abrams relating to the same vessel. *See Expeditors Int'l of Wash., Inc. v. Hyundai Merch. Marine Co.*, No. 21-cv-9068 (RA) (S.D.N.Y. Nov. 11, 2021); *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

The Related Cases are in various postures but there may be opportunities to facilitate their adjudication through a common schedule or consolidated rulings on shared issues. Accordingly, by March 2, 2023, the parties in the Related Cases shall file a joint status letter. This joint status letter shall be filed in each of the Related Cases and shall state:

- For each of the Related Cases, the status of the case and expected next steps;

- If the parties believe the Related Cases would benefit from a common schedule or if there are shared issues that can be resolved on a consolidated basis;

- If the parties believe these cases would benefit from a referral to alternative dispute resolution mechanisms such as mediation or a settlement conference before a magistrate judge; and

- If there are any developments in the two cases before Judge Abrams that I should be aware of.

The Clerk of Court is respectfully directed to file a copy of this Order in *Liberty Mut. Ins. Co.*, No. 21-cv-8726; *Starr Indemnity & Liability Co.*, No. 22-cv-8331 (VSB); *Travelers Prop. Cas. Co. Am.*, No. 22-cv-8572 (VSB); and *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No. 600230*, No. 22-cv-8579 (VSB).

SO ORDERED.

Dated:  February 22, 2023
        New York, New York

_____
Vernon S. Broderick
United States District Judge