**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

          Plaintiff,

        -against-

OCEAN NETWORK EXPRESS, PTE., LTD.,

          Defendant.
------------------------------------------------------------x

21-CV-8405 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' request to conduct the May 9, 2023, joint discovery and Initial Case Management Conference by telephone. That request is **GRANTED**; the conference will now be held telephonically instead of in-person. The dial-in information is (866) 390-1828, access code 1582687.

Counsel are directed to meet and confer and email my Chambers **one (1) e-mail** on May 8, 2023, identifying who will be attending, on behalf of which party, and the phone number each counsel will be using to dial in to the conference.

The Clerk of Court is respectfully directed to file a copy of this Order in *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572 (VSB) (S.D.N.Y. Oct. 7, 2022); *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No.*

*600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022); and

*Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

**SO ORDERED.**

Dated: May 4, 2023  
      New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge

2