**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

            Plaintiff,

            -against-

OCEAN NETWORK EXPRESS, PTE., LTD.,

            Defendant.
------------------------------------------------------------x

21-CV-8405 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On May 9, 2023, the Court held a status conference in the following cases: *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572 (VSB) (S.D.N.Y. Oct. 7, 2022); *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No. 600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022); and *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

Pursuant to instructions made at the status conference, by **May 19, 2023**, the parties shall file a joint status letter, informing the Court of their discussions concerning consenting to my jurisdiction for certain anticipated motions to dismiss and/or for all purposes. The parties shall additionally inform the Court which cases should be in discovery notwithstanding the anticipated motions to dismiss and what discovery should be taking place in the coming three months.

The Clerk of Court is respectfully directed to file a copy of this Order in *Liberty Mut. Ins. Co. v. All-Ways Forwarding Int'l, Inc.*, No. 21-cv-8726 (VSB) (S.D.N.Y. Oct. 25, 2021); *Starr Indemnity & Liability Co. v. Yang Ming Marine Transp. Corp.*, No. 22-cv-8331 (VSB) (S.D.N.Y. Sept. 29, 2022); *Travelers Prop. Cas. Co. Am. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8572 (VSB) (S.D.N.Y. Oct. 7, 2022); *Certain Underwriters at Lloyd's of London Subscribing to Pol'y No. 600230 v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8579 (VSB) (S.D.N.Y. Oct. 10, 2022); and *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, No. 22-cv-8574 (RA) (S.D.N.Y. Oct. 7, 2022).

**SO ORDERED.**

Dated: May 9, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge